**Janet CANDELA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 72368.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 11, 1997.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

**ORDER**

PER CURIAM.

Janet Candela (Movant) appeals the judgment denying her Rule 29.15 motion for postconviction relief as untimely. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**PURITAN–BENNETT and Continental Insurance Co., Appellants,**

v.

**Rosalind OGLESBY, Respondent.**

**No. 72101.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 11, 1997.

Lee Allison Schaefer, Luke & Cunliff, St. Louis, for appellants.

Andrew Marty, St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellants, Puritan–Bennett and it insurer, Continental Insurance Co. (collectively "employer"), appeal the Final Award of the Labor and Industrial Relations Commission entered in favor of respondent, Rosalind Oglesby ("claimant"), on her claim of a work-related injury. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the award is supported by substantial and competent evidence and is not against the weight of the evidence based on the record as a whole. As an extended opinion would serve no jurisprudential purpose, we affirm the award pursuant to Rule 84.16(b).